UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY KOSSEFF, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGROY J. FLEMING, and JEFFREY N. EDWARDS <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION NO. 07-10984** <br><br> "ECF CASE" |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )ss:
COUNTY OF NEW YORK     )

Bridget V. Hamill, being duly sworn, deposes and says:

1. I am not a party in this action, am over 18 years of age and am employed by Murray, Frank & Sailer LLP, 275 Madison Avenue, New York, NY 10016.

2. On the 19$^h$ day of December, 2007, I caused true and correct copies of the SUMMONS IN A CIVIL CASE and CLASS ACTION COMPLAINT to be served by Federal Express upon Scott Musoff, who is accepting service for defendants MERRILL LYNCH & CO., INC., JEFFREY N. EDWARDS, AHMASS L. FAKAHANY, GREGORY J. FLEMING and E. STANLEY O'NEAL and is an employee at Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036.

_____
Bridget V. Hamill

Sworn to before me the
19th day of December, 2007

GREGORY LINKH
Notary Public, State of New York
No. 02LI6135245
Qualified in Kings County
Commission Expires Oct. 17, 20___