UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-08

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>Defendants. | CIVIL ACTION No. 07cv9633 (LBS) |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>Defendants. | CIVIL ACTION No. 07cv9837 (LBS) |

[Additional Captions on Following Page]

**ORDER FOR ADMISSION PRO HAC VICE**

| | |
|---|---|
| GARY KOSSEFF, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>    Defendants. | CIVIL ACTION No. 07cv10984 (LBS) |
| ROBERT R. GARBER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>    Defendants. | CIVIL ACTION No. 07cv11080 (LBS) |
| JAMES CONN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, and CHARLES O. ROSSOTTI,<br><br>    Defendants. | CIVIL ACTION No. 07cv11626 (LBS) |

Upon the motion of Joel B. Strauss, counsel for the State Teachers' Retirement System of Ohio ("Ohio STRS") and said sponsor attorney's affidavit in support thereof;

**IT IS HEREBY ORDERED** that Lawrence J. Lederer, Arthur M. Stock and Lane L. Vines, of the law firm of Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103, are admitted to practice *pro hac vice* as counsel for Ohio STRS in the above-captioned litigation in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: February 25, 2008
New York, New York

_____
United States District/Magistrate Judge