UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY KOSSEFF, Individually and On behalf of All Others Similarly Situated<br><br>Plaintiffs<br>v.<br>MERRILL LYNCH & CO., INC., ET AL<br><br>Defendants | INDEX #: 07-CV-10984<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK: COUNTY OF KINGS  ss:

DAVID RAMOSA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on FEBRUARY 29, 2008 at 3:23 PM at 388 GREENWICH STREET, NEW YORK, NY 10013, deponent served the within SUMMONS AND COMPLAINT on GENERAL COUNSEL AS REGISTERED AGENT FOR CITIGROUP GLOBAL MARKETS therein named.

BY LEAVING A TRUE COPY WITH FERN STRAUSS, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

DESCRIPTION: Deponent further states that he/she describes the person actually served as follows: Gender: Female    Race/Skin: White    Hair: Black    Glasses: No    Approx. Age: 55    Height: 5'4"    Weight: 160

That at the time of such service deponent knew the party so served to be the same party mentioned and described as the Recipient in this action.

Sworn to me on:

MAR 04 2008

CHRISTOPHER ROSSI
NOTARY PUBLIC, State of New York
No. 01RO6164647
Qualified in Kings County
Commission Expires April 30, 2011

DAVID RAMOSA, Lic. #1015560