UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
GARY KOSSEFF, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED
vs.
Defendant
MERRILL LYNCH & CO., INC., ET AL.,

Case No.: 07-CV-10984
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on 2-29-08

I, MARK McCLOSKY, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Feb 29 2008 3:35PM, I executed service of SUMMONS; AMENDED CLASS ACTION COMPLAINT AND JURY TRIAL DEMANDED on WACHOVIA CAPITAL MARKETS, LLC at 80 STATE Street, ALBANY, Albany County, NY 12207

By Personal Service to: MAUREEN COGAN, REGISTERED AGENT, A white female approx. 40-45 years of age 5'4"-5'6" in height weighing 140-160 lbs with brown hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____    Execute on Feb 29, 2008
MARK McCLOSKY

State of New York County of Schenectady
Subscribed and sworn to before me, a notary public on Feb 29, 2008

_____
Notary Public

FOR: Murray, Frank & Sailer, LLP

KAREN E. ROCK
Notary Public, State of New York
Qualified in Schenectady County
No. 01RO6065213
Commission Expires 10/09/2009

Order No. 5293653 SEA